# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DOYLE, | CASE NO. CV F 08-1587 LJO GSA |
| Plaintiff, | **RENEWED ORDER TO SHOW CAUSE** |
| vs. | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al, | |
| Defendants. / | |

This Court's November 26, 2008 order required plaintiff Robert Doyle ("plaintiff"), no later than December 5, 2008, to file papers to: (a) dismiss this action against defendants Robert L. Koopmann and Thelma E. Koopmann (collectively the "Koopmanns"); or (b) show cause why this action should not be dismissed against the Koopmanns. Plaintiff disobeyed the November 26, 2008 order and has filed papers neither to dismiss this action against the Koopmanns nor to show cause why this action should not be dismissed. Accordingly, this Court ORDERS plaintiff, no later than December 15, 2008, to file papers to show cause why sanctions, including dismissal of this action, should not be imposed against plaintiff and/or his counsel. **This Court ADMONISHES plaintiff and his counsel that this Court will dismiss this action if plaintiff fails to comply with this order or fails to file papers to dismiss this action against the Koopmanns.** This Court will discharge this order if, no later than December 15, 2008, plaintiff files papers to dismiss this action against the Koopmanns.

IT IS SO ORDERED.

**Dated:** **December 8, 2008**          **/s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE