**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DOYLE, | CASE NO. CV F 08-1587 LJO GSA |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al, | |
| Defendants. / | |

With the dismissal of all defendants, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   December 16, 2008**          /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

1